

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Ricky Lee Stroble,                           * From the 259th District
                                               Court of Jones County,
                                               Trial Court No. 023607.

Vs. No. 11-16-00006-CV                       * August 25, 2016

Crystal Reyes et al.,                        * Memorandum Opinion by Willson, J.
                                               (Panel consists of: Wright, C.J.,
                                               Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the orders below. Therefore, in accordance with this court's opinion, the orders of the trial court are in all things affirmed.